ERIC GRANT
United States Attorney
ZACHARY RAY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-MJ-00116-CKD |
| Plaintiff, | GOVERNMENT'S EXHIBITS FOR IDENTITY HEARING |
| v. | |
| JOSEPH ALFREDO VASQUEZ DUMARCE, | |
| Defendant. | |

On August 4, 2026 , Government admitted the attached exhibits at the Identity and Detention hearing in the above matter.

Dated: August 5, 2026

ERIC GRANT
United States Attorney

By: /s/ ZACHARY RAY
ZACHARY RAY
Assistant United States Attorney

1

# EXHIBIT 1

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry      08/03/2026

    Pursuant to an arrest warrant issued in the Southern District of Mississippi, Special Agents (SA) of the Federal Bureau of Investigation (FBI) with the assistance of West Sacramento Police Department (WSPD) located and arrested JOSEPH DUMARCE at the Arthur F. Turner community Library, 1212 Merkley Ave., West Sacramento, California 95691.

    On July 29, 2026 at approximately 4:55 PM, members of WSPD located DUMARCE sitting at a library computer. WSPD said DUMARCE identified himself when contacted by WSPD and he was escorted out of the library in handcuffs. SAs Alex Jernigan and Katey Olsen took custody of DUMARCE from WSPD at approximately 5:31 PM in the library parking lot. During the arrest, DUMARCE had a duffel bag and cell phone with him. WSPD provided DUMARCE's belongings to SA Olsen.

    SA Jernigan conducted a search incident to arrest of DUMARCE's person. DUMARCE gave permission to SA Olsen to search his duffel bag. When asked if DUMARCE had any contraband or weapons in the bag, he admitted to having a THC pen and gave permission for SA Olsen to throw it away because it would not be allowed in the jail. SA Olsen located two additional cell phones in DUMARCE's duffel bag. These phones weree seized incident to arrest. Also located in the duffel bag was DUMARCE's California driver's license, license number Y9186113, issue date 04/03/2026, expiration date 02/17/2031.

    SA Jernigan and SA Olsen transported DUMARCE from the library to the Sacramento County Main Jail, 651 I St., Sacramento, California. SA Olsen told DUMARCE that we would not ask him about his federal charges during transport or booking and any questions asked of him would be during the booking process. In response, DUMARCE made statements that he knew "what this was about" and that his words got him in trouble. DUMARCE also stated, "I hope they get justice for that boy."

    SA Jernigan and SA Olsen began transport at 5:43 PM at the Arthur F. Turner Community Library with a beginning mileage of 40,803. SA Olsen took a direct route to the jail. The transport of DUMARCE ended at the Sacramento County Main Jail at 5:56 PM with an ending mileage of 40,805.

Investigation on  07/29/2026  at  West Sacramento, California, United States (In Person)

File #  9E-JN-4270495                                      Date drafted  07/30/2026

by  OLSEN KATEY, JERNIGAN ALEXANDER THOMAS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



GOVERNMENT'S
EXHIBIT
1
2:26-MJ-00116-CKD

9E-JN-4270495

Continuation of FD-302 of  (U) Arrest of Joseph Dumarce                        , On  07/29/2026  , Page   2 of 2

   While booking, SA Olsen was told that the jail could not take DUMARCE's duffel bag. DUMARCE gave SA Olsen permission to collect the bag and give it to DUMARCE's sister, Issabella DUMARCE, phone number 916-917-0116, who lived in West Sacramento, California.

   DUMARCE's signed FBI FD-26 Consent to Search form for the search of his duffel bag and FD-597 Receipt for Property for the duffel bag and its contents are attached to this communication as a 1A package.

Gov. Ex. 1-2

# EXHIBIT 2



**GOVERNMENT'S EXHIBIT**

**2**

2:26-MJ-00116-CKD

# EXHIBIT 3



GOVERNMENT'S
EXHIBIT

3

2:26-MJ-00116-CKD